6

United States District Court
Southern District of Texas
ENTERED

AUG 2 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-99-202 |
| | § | (Claim No. 89923) |
| MARIA Y. AGUILAR, | § | |
| | § | |
| Defendant. | § | |

# DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Maria Y. Aguilar has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Maria Y. Aguilar:

| | |
|---|---|
| Principal Balance: | $2,171.02 |
| Total Interest Accrued (As of 10/15/98) | $ 383.09 |
| Attorney's Fees | $ 550.00 |
| | $3,104.11 |
| Less Credits (Debtor Payments) | $    0.00 |
| Total Owed | $3,104.11 |

Interest Rate:   7.30%
Daily Accrual: $0.43

Post-judgment interest at _6.375_% per annum.

Signed: _August 28_____, 2000, at Brownsville, Texas.

_____
Hon. Filemon B. Vela
United States District Judge